# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1885

_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Straight

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: November 3, 2014
Filed: November 3, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Antonio Straight directly appeals after the district court[1] revoked his supervised release and sentenced him above his Chapter 7 advisory Guidelines range to the

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

statutory maximum of 24 months in prison. Straight's counsel has moved to withdraw, and has filed a brief, arguing that Straight's sentence is unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence, particularly in light of Straight's repeated violations of his supervised-release conditions and the court's extensive statement of reasons to support its sentencing decision. *See United States v. Thunder*, 553 F.3d 605, 608-09 (8th Cir. 2009) (revocation sentence above advisory range was not substantively unreasonable where defendant repeatedly violated supervised release); *United States v. Larison*, 432 F.3d 921, 924 (8th Cir. 2006) (affirming statutory maximum revocation sentence where district court justified decision by giving supporting reasons); *see also United States v. Growden*, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (revocation sentence is reviewed for substantive reasonableness under deferential abuse-of-discretion standard).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____